UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERROD FINDER on behalf of himself and a class of others similarly situated,**<br><br>**Plaintiff**<br><br>v.<br><br>**LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1 through 50, inclusive,**<br><br>**Defendants** | CASE NO. 1:15-CV-0307 - - - BAM<br><br>ORDER DENYING REQUEST TO RELATE CASES |

The undersigned is presiding over a case (13-cv-2059) brought by former employee Jerrod Finder against employer Leprino Foods alleging violations of California wage and hour laws. That case is a proposed class action.  Jerrod Finder has filed a second case against Leprino Foods (15-cv-0307).  Defendant has filed a notice of related action; Plaintiff opposes relation.  The second case is not a proposed class action and involves claims of disability discrimination and retaliation for taking leave under the Family and Medical Leave Act.  These actions are not related within the meaning of Local Rule 123(a).  They involve the same parties, but deal with different events, different questions of fact and law, and provide no savings in labor if heard by the same judge.  Relation of these two cases is denied.

IT IS SO ORDERED.

Dated:   March 19, 2015                            _____

SENIOR  DISTRICT  JUDGE