HANSON BRIDGETT LLP
SANDRA L. RAPPAPORT, SBN 172990
srappaport@hansonbridgett.com
EMILY H. FULMER, SBN 279419
efulmer@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for LEPRINO FOODS COMPANY and LEPRINO FOODS DAIRY PRODUCTS COMPANY

LAW OFFICES OF MORRIS NAZARIAN
Morris Nazarian, SBN 230275
monazarian@yahoo.com
1925 Century Park East, Suite 2120
Los Angeles, CA  90067
Telephone:  (310) 284-7333
Facsimile:  (310) 284-7332

Attorneys for Plaintiff
JERROD FINDER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERROD FINDER, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. 1:15-cv-00307-KJM-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Action Filed: January 28, 2015<br>Trial Date:    July 25, 2016 |

　　　　This case is set for a Settlement Conference on November 24, 2015.  Defendant is unavailable on that date.  The parties therefore jointly request that the Settlement Conference be continued to February 9, 2016, which is a date that the Court deputy

1  advised is available.

3  DATED: November 09, 2015                HANSON BRIDGETT LLP

5                                          By:      /s/ Emily H. Fulmer
                                                SANDRA L. RAPPAPORT
                                                EMILY H. FULMER
                                                Attorneys for LEPRINO FOODS COMPANY
                                                and LEPRINO FOODS DAIRY PRODUCTS
                                                COMPANY

9  DATED: November 09, 2015                LAW OFFICES OF MORRIS NAZARIAN

11                                         By:      /s/ Morris Nazarian
                                                MORRIS NAZARIAN
                                                Attorneys for JERROD FINDER

### **ORDER**

The Settlement Conference is hereby continued to February 9, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **November 10, 2015**              /s/ **Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE