UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERROD FINDER,<br><br>    Plaintiff,<br><br>    v.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1 through 50, inclusive<br><br>    Defendants. | No. 1:15-cv-00307-DAD-BAM<br><br>ORDER DISMISSING ACTION AND CLOSING CASE<br><br>(Doc. No. 29) |

On January 29, 2016, the parties filed a joint stipulation dismissing this action with prejudice, with each party to bear its own costs and attorneys' fees. (Doc. No. 29.) In light of the parties' stipulation, this case has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice and without an award of attorneys' fees and costs to either party. Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   **February 21, 2016**                        _____
                                                    UNITED STATES DISTRICT JUDGE

1